# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A106 | E 1027843 | TANDBERG | 716 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 2/22/22  1226 | 36 CFR 2.34 (a)(1) |

**Place of Offense:** Glen Canyon HQ overlook

**Offense Description: Factual Basis for Charge** ☐ HAZMAT

Disorderly Conduct ; threatening, violent behavior

### DEFENDANT INFORMATION
Phone: (   )

| Last Name | First Name | M.I. |
|---|---|---|
| Begay | Ezekiel | — |

**Street Address:** [illegible]

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Page | AZ | 86040 | /   /1982 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| ? | | AZ | 1168 |

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female   Hair: Bic   Eyes: Bro   Height: 5'11"   Weight: 180

### VEHICLE   VIN: —   ☐ CMV

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| — | — | — | — | | — |

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT www.cvb.uscourts.gov →**
$ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | |
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1027843*

# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A106 | E 1027844 | TANDBERG | 716 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 2/22/22 1226
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 36 CFR 2.35(c)
Place of Offense: Glen Canyon Ha overlook

Offense Description: Factual Basis for Charge — HAZMAT ☐

Under the Influence of alcohol

### DEFENDANT INFORMATION
Phone: ( )
Last Name: Begay
First Name: Ezekiel
M.I.: —
Street Address: —
City: Page
State: AZ
Zip Code: 86040
Date of Birth (mm/dd/yyyy): / /1982
Drivers License No.: —
CDL ☐  D.L. State: AZ
Social Security No.: 1168

☒ Adult  ☐ Juvenile    Sex: ☒ Male ☐ Female    Hair: Bro    Eyes: Bro    Height: 5'11"    Weight: 180 lb

### VEHICLE  VIN: —    CMV ☐
Tag No.: —  State: —  Year: —  Make/Model: —  PASS ☐  Color: —

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date: 
Time: 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1027844*

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on February 22nd, 2022 while exercising my duties as a law enforcement officer in the District of Arizona

I, Park Ranger Andrew Tandberg was on uniformed patrol when I was dispatched to HQ overlook for a report of a male, later identified as Ezekiel BEGAY, who was highly intoxicated and punched the mirror off his mother's car. BEGAY was described to be wearing all black clothing. While enroute dispatch informed me that BEGAY had a felony warrant for his arrest.

Upon arrival I observed a male wearing all black clothing pacing and staggering back and forth in the HQ overlook parking lot while yelling and screaming. I also observed a female, latter identified as Carol Begay, walking away from the male along the entrance road to HQ overlook. I stopped briefly to speak with Carol. Carol informed me that the male I observed was BEGAY and he had ripped the mirror off her vehicle. Carol went on to state that BEGAY has just been walking around the parking lot yelling and screaming since the incident.

When I contacted BEGAY, he yelled something I could not understand as I placed the vehicle in park. As I exited the vehicle and identified myself as Law Enforcement BEGAY said, "let's go baby" and began to walk directly toward me. I gave BEGAY several commands to stop where he was. BEGAY ignored all my commands. I drew my Taser and again gave BEGAY commands to stop, when BEGAY saw my Taser, he immediately stopped his advance and placed the papers he was holding on the ground. BEGAY continued to follow my commands as I detained him.

When I asked BEGAY what was going on today, he replied, "I don't give a fuck". I asked BEGAY why he punched the mirror off the car, BEGAY stuttered and slurred "look, look, look at my chest" and went on to state that his brother had hurt him and that he was going to press charges. In addition to BEGAY's slurred speech I observed BEGAY's eyes to be red and watery, I also detected the odor of alcohol emanating from BEGAY. I asked BEGAY how much alcohol he had today, BEGAY replied "more than he had".

Based off the facts that BEGAY was intoxicated, ripped the mirror off of a vehicle, and then began pacing and staggering back and forth through the parking lot while screaming and yelling I placed BEGAY under arrest at approximately 1226 hours for being Under the Influence of Alcohol in a park to a degree that may endanger oneself, or another person, or damage property per 36 CFR 2.35(c) as well as Disorderly Conduct for engaging in fighting or threatening, or in violent behavior per 36 CFR 2.34(a)(1).

After a search incident to arrest I discovered an open 200ml bottle of Fleischmann's vodka that was approximately ¼ empty in BEGAY's pocket.

After placing BEGAY in my vehicle, I went back to speak with Carol again. Carol stated that she knew BEGAY had been drinking that day. Carol went on to state while they were sitting in her car at HQ Overlook BEGAY woke up from being asleep very angry and ripped the rear-view mirror off her window. At this point they both exited the vehicle and Carol stated she thought BEGAY was going to attack her as he approached her from the other side of the car. Carol said she began to just walk away from the car and BEGAY along the entrance road where I contacted her.

I transported BEGAY to CCDF and arrived at approximately 1251 hours, CCDF staff conducted a Preliminary Breath Test at this time, and it registered .336g/210L BrAC.

Dispatch also confirm that BEGAY has an extraditable warrant for AZ department of corrections.
Pending charges:

36 CFR 2.35(c)- Under the Influence of Alcohol (V#E1027844)
36 CFR 2.34(a)(1)- Disorderly conduct threatening, violent behavior (V#E1027843)

Location code: A106          22-0180/NP22042665

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __02/22/2022__   _[Officer's Signature]_
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: __Camille D. Bibles__   Digitally signed by Camille D. Bibles
Date: 2022.02.22 19:14:38 -07'00'
Date (mm/dd/yyyy)   U.S. Magistrate Judge